UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY HERNANDEZ,<br><br>                   Plaintiff,<br><br>    v.<br><br>SYLVIA ORELLANA,<br><br>                   Defendant. | CASE NO. 2:19-cv-01476-RAJ<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable Richard A. Jones.

DATED this 16th day of September, 2019.

                                                    BRIAN A. TSUCHIDA
                                                    Chief United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1